# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUL 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America vs. | Case No. 13CR0103 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Ali Mosarah__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Modifying condition # 8(s) which pertains to location monitoring and home detention, to read: You are restricted to your residence every day from 9 pm to 8 am as directed by the Pretrial Services Officer. (Home detention is removed.)

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____, 7/9/2013     _____ 7-11-13
Signature of Defendant     Date           Pretrial Services Officer     Date
Ali Mosarah                                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                    7-16-2013
Signature of Assistant United States Attorney              Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                    17 July 2013
Signature of Defense Counsel                               Date
Roger Dale Wilson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    7/17/13
[ ] The above modification of conditions of release is *not* ordered.

_____                                    7/17/13
Signature of Judicial Officer                              Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services